UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

St. Jude Medical S.C., Inc., a
Minnesota Corporation,

          Plaintiff,

vs.

Thomas M. Tormey, Jr., a
Resident of the State of New York,

          Defendant and
          Counterclaim Plaintiff,

and

Tormedco, Inc., a
New York Corporation,

          Counterclaim Plaintiff.

Civil No. 11-cv-327 (MJD/TNL)

**SUPPLEMENTAL DECLARATION OF EDWARD F. FOX IN SUPPORT OF RENEWED MOTION FOR SUMMARY JUDGMENT**

---

I, Edward F. Fox, declare as follows:

1. I am a shareholder with the law firm of Bassford Remele, P.A., counsel in the above-captioned matter for Plaintiff and Counterclaim Defendant St. Jude Medical S.C., Inc.

2. Attached hereto as **Exhibit V** is a true and correct copy of pertinent excerpts of the transcript of the deposition of Thomas M. Tormey, taken on November 14, 2012.

3. Attached hereto as **Exhibit W** is a true and correct copy of pertinent excerpts of the transcript of the deposition of James Edward Gantz, Jr., taken on November 13, 2012.

- 2 -

4. Attached hereto as **Exhibit X** is a true and correct copy of pertinent excerpts of the transcript of the deposition of James Catlett, taken on November 29, 2012.

5. Attached hereto as **Exhibit Y** is a true and correct copy of a September 30, 2003 email marked as Exhibit 41 in the depositions in this case.

I declare under penalty of perjury the foregoing is true and correct.

Respectfully submitted,

Dated:  3/8/13                           s/Edward F. Fox
                                                        Edward F. Fox

1220743.docx