UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ST. JUDE MEDICAL S.C., INC.,

    Plaintiff,

v.

THOMAS M. TORMEY, JR.,

    Defendant and
    Counterclaim Plaintiff,

TORMEDCO, INC.,

    Counterclaim Plaintiff.

**ORDER**
Civil No. 11-327 (MJD/TNL)

Carrie L. Hund, Edward F. Fox, and Peter L. Gregory, Bassford Remele, PA, Counsel for Plaintiff.

Dwight G. Rabuse, Erin E. Neils, and Joshua P. Brotemarkle, Rabuse Law Firm, P.A., Counsel for Defendant and Counterclaim Plaintiff Thomas M. Tormey, Jr. and Counterclaim Plaintiff Tormedco, Inc.

    The above-entitled matter comes before the Court on Plaintiff's objections to Magistrate Judge Tony N. Leung's March 25, 2013 Order denying Plaintiff's Motion for Sanctions against Defendant and Counterclaim Plaintiff Thomas M. Tormey and Counterclaim Plaintiff Tormedco, Inc. for failing to comply with a discovery order and for fabricating evidence. [Docket No. 153] The Court has

carefully considered the entire record in this matter and concluded that oral argument is unnecessary.

This Court will reverse a Magistrate Judge's order on a nondispositive issue only if that order is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); D. Minn. L.R. 72.2(a). This Court has reviewed the submissions and the record in this case and concludes that Magistrate Judge Leung's March 25, 2013 Order is neither clearly erroneous nor contrary to law. Therefore, the March 25, 2013 Order is affirmed.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Leung's March 25, 2013 Order is **AFFIRMED**.
2. Plaintiff's objections [Docket No. 154] are **DENIED.**

Dated: June 26, 2013

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court