UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

St. Jude Medical S.C., Inc., a
Minnesota corporation,

      Plaintiff and
      Counterclaim Defendant,

v.                                     **ORDER**
                                        Civil No. 11-327 (MJD/TNL)

Thomas M. Tormey, Jr.,

      Defendant and
      Counterclaim Plaintiff,
and

Tormedco, Inc.,

      Counterclaim Plaintiff.
_____

      This matter is before the Court on Plaintiff's motion for review of Clerk's Cost Judgment. [Doc. No. 255]

      The Court has reviewed the Plaintiff's Bill of Costs and all of the supporting documentation and has reviewed the Defendant's objections to such costs.  Consistent with the Bill of Costs Guide of the United States District Court for the District of Minnesota and pursuant to 28 U.S.C. § 1920, the Court finds that with respect to costs for photocopies referenced in Plaintiff's Ex. 6,

Component E101 in the amount of $1,094.40 [Doc. No. 245-6], Plaintiff has not provided sufficient documentation or description to demonstrate that these are costs that are taxable under § 1920.  In addition, Plaintiff has failed to provide sufficient documentation or description to demonstrate that the costs associated with Night Owl Document Management Services referenced in Plaintiff's Ex. 7 in the amount of $714.58 [Doc. No. 245-7] are taxable under § 1920.

As to the remaining costs, the Court finds that Plaintiff has sufficiently demonstrated that these represent taxable costs.

IT IS HEREBY ORDERED that Plaintiff's Motion for Review of Clerk's Cost Judgment [Doc. No. 255] is GRANTED in part as follows: Plaintiff's costs in the amount of $10,498.37 shall be taxed against Defendant Thomas M. Tormey, Jr. and Counterclaim Plaintiff Tormedco, Inc. .

LET JUDGMENT BE ENTERED ACCORDINGLY

Date:   May 28, 2014

                                          s/ Michael J. Davis
                                          Michael J. Davis
                                          Chief Judge
                                          United States District Court